Francis P. McConville (*pro hac vice* pending)
David J. Schwartz (*pro hac vice* pending)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com
dschwartz@labaton.com

*Counsel for Proposed Lead Plaintiff Saleh Doron Gahtan and Proposed Lead Counsel for the Class*

Brian Schall (#290685)
Rina Restaino (#285415)
**THE SCHALL LAW FIRM**
1880 Century Park East, Suite 404
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Proposed Lead Plaintiff Saleh Doron Gahtan*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRETT BOEHNING, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTEXTLOGIC INC., PIOTR SZULCZEWSKI, RAJAT BAHRI, BRETT JUST, JULIE BRADLEY, ARI EMANUEL, JOE LONSDALE, TANZEEN SYED, STEPHANIE TILENIUS, HANS TUNG, JACQUELINE RESES, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, BofA SECURITIES, INC., CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., UBS SECURITIES LLC, RBC CAPITAL MARKETS, LLC, CREDIT SUISSE SECURITIES (USA) LLC, COWEN AND COMPANY, LLC, OPPENHEIMER & CO. INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., ACADEMY SECURITIES, INC., LOOP CAPITAL MARKETS LLC and R. SEELAUS & CO., LLC,<br><br>Defendants. | Case No.: 3:21-CV-03671-JD<br><br>**SALEH DORON GAHTAN'S ADMINISTRATIVE MOTION REGARDING PLAINTIFF BOEHNING'S NOTICE OF VOLUNTARY DISMISSAL AND TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1    Pursuant to Civil Local Rules 3-12 and 7-11, proposed Lead Plaintiff Mr. Gahtan[1]
respectfully submits this Motion for Administrative Relief seeking an Order (1) finding plaintiff
Jerrett Boehning's ("Boehning") Notice of Voluntarily Dismissal (ECF No. 55) to have no effect
on the pending Lead Plaintiff motions and ordering that the above-captioned action (the "*Boehning*
Action") remain open, and (2) determining that certain later-filed securities class actions are
related to the *Boehning* Action and should therefore be reassigned to this Court.[2]

This action is a securities class action lawsuit alleging violations of the Exchange Act and
the Securities Act as amended by the PSLRA against ContextLogic and certain additional
defendants.  Pursuant to the PSLRA, on July 16, 2021, various ContextLogic investors filed
motions for consolidation of the Related Actions and appointment as Lead Plaintiff.[3]  While Mr.
Gahtan's motion is now unopposed, the briefing on these motions is ongoing with a hearing
previously scheduled for August 26, 2021.[4]  Plaintiff Boehning, who instituted this action (ECF

---

[1] Unless otherwise noted, all defined terms and abbreviations remain unchanged from Mr. Gahtan's initial motion and supporting papers.  *See* ECF No. 19.

[2] In addition to the *Boehning* Action, the related actions are *Hoang v. ContextLogic Inc.*, No. 3:21-cv-03930-MMC (filed May 25, 2021), *Asmat v. ContextLogic Inc.*, No. 3:21-cv-05015-CRB (filed June 29, 2021), and *Lam v. ContextLogic Inc.*, No. 3:21-cv-05411-CRB (filed July 14, 2021) (together, the Related Actions).  Pursuant to the criteria listed in Civil Local Rule 3-12(a), the *Boehning* Action is related to the later-filed actions.  All four securities class actions allege the same claims, against the same defendants, based on the same statements, on behalf of the same Class of shareholders.  Given the factual and legal overlap in these actions, "there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Civil L.R. 3-12(a)(2).

[3] In addition to Mr. Gahtan's motion (ECF No. 19), the following individuals filed motions: (1) Alexander De Block ("De Block") (ECF No. 25); (2) Joel Newman ("Newman") (ECF No. 16); (3) Anand Chetram ("Chetram") (ECF No. 51); (4) Meng Di ("Di") (ECF No. 44); (5) Jacob Weintraub ("Weintraub") (ECF No. 36); (6) Mary X. Wu ("Wu") (ECF No. 30); and (7) Xiaoquan Yang ("Yang") (ECF No. 40).  Following the filing of the various competing motions, the following movants either withdrew their motions, filed notices of non-opposition, or failed to respond to the competing motions: Wu, Chetram, Weintraub, De Block, Newman, and Di.  *See* ECF Nos. 54, 56–58, 60.  While Yang initially opposed Mr. Gahtan's motion based on a potential conflict of interest (ECF No. 61), Yang now no longer opposes Mr. Gahtan's motion after discussion with Mr. Gahtan's counsel "confirming that there was no conflict of interest and that counsel's policies and procedures would ensure that no such conflicts arose during the litigation."  ECF No. 66.

[4] As soon as the *Boehning* Action is reopened and the Lead Plaintiff process resumed, Mr. Gahtan intends to file a fulsome response to Yang's initial opposition to his motion, notwithstanding Yang's subsequent non-opposition.

SALEH DORON GAHTAN'S ADMINISTRATIVE MOTION REGARDING PLAINTIFF BOEHNING'S NOTICE OF
VOLUNTARY DISMISSAL AND TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 3:21-cv-03671-JD

1  No. 1) and issued the PSLRA-mandated notice triggering the Lead Plaintiff motion deadline (ECF
2  No. 19-4), did not file a motion for appointment as Lead Plaintiff.
3        On July 26, 2021, **ten days after** the initial movants filed for Lead Plaintiff appointment,
4  and **after** defendants entered into and filed a stipulation with Boehning governing defendants'
5  outstanding obligation to answer or otherwise respond to the original complaint (ECF Nos. 10 and
6  15), Boehning filed the Notice of Voluntarily Dismissal (ECF No. 55).  Boehning's Notice of
7  Dismissal did not purport to impact rights of any other Class member, including Mr. Gahtan, to
8  continue pursuing this action.
9        Mr. Gahtan respectfully submits that, because he and certain other Class members filed for
10 consolidation of the Related Actions and Lead Plaintiff appointment **before** Boehning dismissed
11 his case, this action should remain active.  Indeed, Boehning's voluntary dismissal should not close
12 the entire action as to the putative Class, particularly where the three other Related Actions remain
13 open and pending.
14       Similar instances of voluntary dismissal have arisen in previous securities class actions in
15 this District and around the country, and yet the original action remained open for the benefit of
16 the class.  *See* Declaration of Francis P. McConville, Exhibit A (Order Regarding Plaintiff
17 Dennee's Notice of Voluntary Dismissal, *Dennee v. Slack Technologies, Inc.*, No. 3:19-cv-05857-
18 SI (N.D. Cal. Dec. 2, 2019) (holding that plaintiff's voluntary dismissal "shall have no effect and
19 the action will remain pending"); Exhibit B (Report and Recommendation and Order, *Goldberger
20 v. Faro Technologies, Inc.*, No. 6:05-cv-1810-Orl-22DAB (M.D. Fla. Mar. 13, 2006), at p. 5, n.2
21 ("In view of the fact that the newly appointed Lead Plaintiff will be directed to file an Amended
22 Complaint reflecting the consolidation in the Lead Case, the current absence of an operative
23 complaint in the Lead Case is no cause for concern.").
24       Accordingly, pursuant to Civil Local Rules 3-12 and 7-11, Mr. Gahtan respectfully requests
25 the Court enter the attached Order (1) finding Boehning's Voluntarily Dismissal to have no effect
26 on the litigation and permitting the Lead Plaintiff appointment process to proceed in accordance
27 with PSLRA, and (2) determining that the three later-filed securities class actions are related to the
28 *Boehning* Action and therefore reassigned to this Court.

SALEH DORON GAHTAN'S ADMINISTRATIVE MOTION REGARDING PLAINTIFF BOEHNING'S NOTICE
OF VOLUNTARY DISMISSAL AND TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 3:21-cv-03671-JD

2

| | |
|---|---|
| DATED: August 6, 2021 | Respectfully submitted, |
| | */s/ Francis P. McConville* |
| | **LABATON SUCHAROW LLP** |
| | Francis P. McConville (*pro hac vice* pending) |
| | David J. Schwartz (*pro hac vice* pending) |
| | 140 Broadway |
| | New York, New York 10005 |
| | Telephone: (212) 907-0700 |
| | Facsimile: (212) 818-0477 |
| | fmcconville@labaton.com |
| | dschwartz@labaton.com |
| | |
| | *Counsel for Proposed Lead Plaintiff Saleh Doron Gahtan and Proposed Lead Counsel for the Class* |
| | |
| | **THE SCHALL LAW FIRM** |
| | Brian Schall (#290685) |
| | Rina Restaino (#285415) |
| | 1880 Century Park East, Suite 404 |
| | Los Angeles, California 90067 |
| | Telephone: (424) 303-1964 |
| | brian@schallfirm.com |
| | rina@schallfirm.com |
| | |
| | *Additional Counsel for Proposed Lead Plaintiff Saleh Doron Gahtan* |

SALEH DORON GAHTAN'S ADMINISTRATIVE MOTION REGARDING PLAINTIFF BOEHNING'S NOTICE OF VOLUNTARY DISMISSAL AND TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 3:21-cv-03671-JD

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 6, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Francis P. McConville*
Francis P. McConville

SALEH DORON GAHTAN'S ADMINISTRATIVE MOTION REGARDING PLAINTIFF BOEHNING'S NOTICE OF VOLUNTARY DISMISSAL AND TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 3:21-cv-03671-JD

4