| | |
|---|---|
| 1 | BRIAN M. LUTZ, SBN 255976 |
|   |    blutz@gibsondunn.com |
| 2 | MICHAEL J. KAHN, SBN 303289 |
|   |    mjkahn@gibsondunn.com |
| 3 | GIBSON, DUNN & CRUTCHER LLP |
|   | 555 Mission Street, Suite 3000 |
| 4 | San Francisco, CA 94105-0921 |
|   | Telephone: 415.393.8200 |
| 5 | Facsimile:  415.393.8306 |

Attorneys for Defendants
CONTEXTLOGIC INC., PIOTR SZULCZEWSKI, RAJAT BAHRI, BRETT JUST, JULIE BRADLEY, ARI EMANUEL, JOE LONSDALE, TANZEEN SYED, STEPHANIE TILENIUS, HANS TUNG, and JACQUELINE RESES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRETT BOEHNING, Individually and on Behalf of All Other Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>CONTEXTLOGIC INC., PIOTR SZULCZEWSKI, RAJAT BAHRI, BRETT JUST, JULIE BRADLEY, ARI EMANUEL, JOE LONSDALE, TANZEEN SYED, STEPHANIE TILENIUS, HANS TUNG, JACQUELINE RESES, GOLDMAN SACHS & CO. LLC, J.P. MORGAN SECURITIES LLC, BofA SECURITIES, INC., CITIGROUP GLOBAL MARKETS INC., DEUTSCHE BANK SECURITIES INC., UBS SECURITIES LLC, RBC CAPITAL MARKETS, LLC, CREDIT SUISSE SECURITIES (USA) LLC, COWEN AND COMPANY, LLC, OPPENHEIMER & CO. INC., STIFEL, NICOLAUS & COMPANY, INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., ACADEMY SECURITIES, INC., LOOP CAPITAL MARKETS LLC and R. SEELAUS & CO., LLC,<br><br>                Defendants. | CASE NO. 3:21-cv-03671-JD<br><br>**CONTEXTLOGIC DEFENDANTS' STATEMENT IN SUPPORT OF ADMINISTRATIVE MOTION REGARDING PLAINTIFF BOEHNING'S NOTICE OF VOLUNTARY DISMISSAL AND TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. James Donato<br>Action Filed: May 17, 2021 |

Defendants ContextLogic Inc., Piotr Szulczewski, Rajat Bahri, Brett Just, Julie Bradley, Ari Emanuel, Joe Lonsdale, Tanzeen Syed, Stephanie Tilenius, Hans Tung, and Jacqueline Reses (the "ContextLogic Defendants") submit this statement in support of Mr. Gahtan's Administrative Motion Regarding Plaintiff Boehning's Notice of Voluntary Dismissal And To Consider Whether Cases Should Be Related (the "Motion").  ECF No. 67.  To the extent Mr. Gahtan's request that this action proceed notwithstanding the voluntary dismissal by another putative ContextLogic stockholder, Mr. Boehning, remains pending, the ContextLogic Defendants support that request.

This statement is not, and should not be construed as, an admission or agreement with any alleged facts set forth in the Motion.  The ContextLogic Defendants reserve all their rights, arguments, and defenses.

Dated: September 15, 2021                        GIBSON, DUNN & CRUTCHER LLP


                                                 By:  /s/ Brian M. Lutz
                                                      Brian M. Lutz
                                                      Michael J. Kahn
                                                      555 Mission Street, Suite 3000
                                                      San Francisco, CA 94105-0921
                                                      Phone: 415.393.8379
                                                      Email: blutz@gibsondunn.com
                                                      Email: mjkahn@gibsondunn.com

                                                 Attorneys for Defendants
                                                 CONTEXTLOGIC INC., PIOTR SZULCZEWSKI,
                                                 RAJAT BAHRI, BRETT JUST, JULIE BRADLEY,
                                                 ARI EMANUEL, JOE LONSDALE, TANZEEN
                                                 SYED, STEPHANIE TILENIUS, HANS TUNG,
                                                 and JACQUELINE RESES